| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   Metcom Network Services, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   32-0035556

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 60 Hudson Street<br>Suites 1001 and 2303<br>New York, NY 10013 | 4250 Veterans Memorial Highway<br>Suite 3150 West<br>Holbrook, NY 11741 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| New York<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**   www.Metcom.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Metcom Network Services, Inc.**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   
   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
   ☐ A plan is being filed with this petition.
   
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  **Metcom Network Services, Inc.**  Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Metcom Network Services, Inc.** Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 28, 2016**
MM / DD / YYYY

X **/s/ Mark DuMoulin, Sr.**    **Mark DuMoulin, Sr.**
Signature of authorized representative of debtor    Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Neil Ackerman**    Date **June 28, 2016**
Signature of attorney for debtor    MM / DD / YYYY

**Neil Ackerman**
Printed name

**Ackerman Fox, LLP**
Firm name

**90 Merrick Ave.**
**Suite 400**
**East Meadow, NY 11554**
Number, Street, City, State & ZIP Code

Contact phone **(516) 493-9920**    Email address **nackerman@ackermanfox.com;kfox@ackermanfox.com**

**1805811**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Metcom Network Services, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 60 Hudson Owner, LLC<br>c/o Colliers International NY<br>666 Fifth Ave.<br>New York, NY 10103 | Marianna<br><br>212-716-3807 | Landlord - rental arrears for location at 60 Hudson Street, NY, NY | Disputed | | | $1,883,039.35 |
| 75 Broad LLC<br>75 Broad Street, 33rd Fl.<br>New York, NY 10004 | Michele<br><br>212-699-4444 | landlord - Rental arrears and real estate taxes owed for location at 75 Broad Street, NY, NY | Disputed | | | $93,649.85 |
| AboveNet/Zayo Group<br>Zayo Group LLC<br>P.O. Box 952136<br>Dallas, TX 75395 | 914-993-1209 | early termination fee for cancellation of 1 circuit | Disputed | | | $105,000.00 |
| Act Financial and Tax Services LLC<br>992 High Ridge Rd. 2nd Fl<br>Stamford, CT 06905 | Christina<br><br>203-327-5010 | Account/financial advisors | Disputed | | | $3,250.00 |
| Akerman LLP<br>666 Fifth Ave., 20th Fl.<br>New York, NY 10103 | | NOTICE PURPOSES ONLY Attorneys for 60 Hudson Owner, LLC (landlord) | Disputed | | | $0.00 |
| BP Air Conditioning Corp.<br>83-40 72nd Dr.<br>Ridgewood, NY 11385 | 718-383-2100 | air conditioning services | Disputed | | | $7,000.00 |
| Choice Distribution, Inc.<br>P.O. Box 30293<br>New York, NY 10087 | 631-756-0120 | compliance posters | Disputed | | | $800.00 |

Debtor **Metcom Network Services, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Foley Power Systems  855 Centennial Av.  P.O. Box 1555  Piscataway, NJ 08855 | 732-885-5555 | services for generator | Disputed | | | $3,826.50 |
| Jaymie Scotto & Associates  P.O. Box 20  Middlebrook, VA 24459 | 866-695-3629 | marketing services | Disputed | | | $8,625.00 |
| New York City Department of Finance  P.O. Box 3640  Church Street St  New York, NY 10008 | | sales tax for 1st and 2nd quarter | Disputed | | | $26,326.00 |
| New York City Department of Finance  P.O. Box 3640  Church Street St  New York, NY 10008 | | commercial real estate taxes for location at 75 Broad Street, NY, NY | Disputed | | | $12,582.00 |
| Rottenberg Lipman Rich, P.C.  369 Lexington Ave., 16th Fl.  New York, NY 10007 | 212-661-3080 | marketing services | Disputed | | | $17,606.61 |
| Sidera/2110/Lightpower  P.O. Box 28730  New York, NY 10087 | 978-268-9301 | wholesale service provider | Disputed | | | $12,466.00 |
| Telx Group Inc.  111 8th Ave.  New York, NY 10010 | 917-284-6436 | wholesale service provider | Disputed | | | $29,000.00 |
| Wired Real Estate Group Inc.  10327 Chestnut Sweet Street  Las Vegas, NV 89131 | 415-670-9734 | marketing/sales | Disputed | | | $6,000.00 |

.

190 REALTY CORP.
17 MAGNOLIA DR.
PORT CHESTER, NY 10573


60 HUDSON OWNER, LLC
C/O COLLIERS INTERNATIONAL NY
666 FIFTH AVE.
NEW YORK, NY 10103


60 HUDSON OWNER, LLC
666 FIFTH AVE.
NEW YORK, NY 10103


75 BROAD LLC
75 BROAD STREET, 33RD FL.
NEW YORK, NY 10004


75 BROAD, LLC
75 BROAD STREET
NEW YORK, NY 10004


ABM JANITORIAL SERVICES
321 W. 44TH STREET
SUITE 701
NEW YORK, NY 10036


ABOVENET/ZAYO GROUP
ZAYO GROUP LLC
P.O. BOX 952136
DALLAS, TX 75395


ACT FINANCIAL AND TAX SERVICES
LLC
992 HIGH RIDGE RD. 2ND FL
STAMFORD, CT 06905


AKERMAN LLP
666 FIFTH AVE., 20TH FL.
NEW YORK, NY 10103


BP AIR CONDITIONING CORP.
83-40 72ND DR.
RIDGEWOOD, NY 11385

```
CAF VETS, LLC
4250 VETERANS HIGHWAY
SUITE 200E
HOLBROOK, NY 11741


CAF VETS, LLC
4250 VETERANS HIGHWAY
SUITE 200 EAST
HOLBROOK, NY 11741


CHOICE DISTRIBUTION, INC.
P.O. BOX 30293
NEW YORK, NY 10087


EQUINIX SERVICES, INC.
4252 SOLUTION CENTER
CHICAGO, IL 60677


FOLEY POWER SYSTEMS
855 CENTENNIAL AV.
P.O. BOX 1555
PISCATAWAY, NJ 08855


GENERAL WELDING SUPPLY CORP.
600 SHAMES DR.
WESTBURY, NY 11590


HERB REIDL PROPERTIES
80 WASHINGTON STREET
SUITE 100
POUGHKEEPSIE, NY 12601


JAYMIE SCOTTO & ASSOCIATES
P.O. BOX 20
MIDDLEBROOK, VA 24459


MARK L. DUMOULIN, SR.
143 SPORTSMEN STREET
CENTRAL ISLIP, NY 11722


NEW YORK CITY DEPARTMENT
OF FINANCE
P.O. BOX 3640 CHURCH STREET ST
NEW YORK, NY 10008
```

```
NFS LEASING INC.
900 CUMMINGS CENTER,
SUITE 309-V
BEVERLY, MA 01915


NFS LEASING, INC.
900 CUMMINGS CENTER,
SUITE 309-V
BEVERLY, MA 01915


ROTTENBERG LIPMAN RICH, P.C.
369 LEXINGTON AVE., 16TH FL.
NEW YORK, NY 10007


SIDERA/2110/LIGHTPOWER
P.O. BOX 28730
NEW YORK, NY 10087


SUSAN BECKER DUMOULIN
143 SPORTSMEN STREET
CENTRAL ISLIP, NY 11722


TELX GROUP INC.
111 8TH AVE.
NEW YORK, NY 10010


UNISHIPPERS/LAUNCH
LOGISTICS LLC
P.O. BOX 526279
SALT LAKE CITY, UT 84152


VXCHANGE OPERATING, LLC
P.O. BOX 932291
ATLANTA, GA 31193


WIRED REAL ESTATE GROUP INC.
10327 CHESTNUT SWEET STREET
LAS VEGAS, NV 89131
```